FILED

Jeanne L. Zimmer (SBN 123321)
Zimmerj@cmtlaw.com
J. Grace Felipe (SBN 190893)
Felipeg@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

2012 FEB -6 PM 1:06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY:_____

Attorneys for Defendant,
ALLIED INTERSTATE, LLC, erroneously sued
as ALLIED INTERSTATE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARLON ROMERO, | CASE NO. |
| Plaintiff, | CV 12 - 00179 |
| vs. | **NOTICE OF REMOVAL** |
| ALLIED INTERSTATE, INC., a Corporation | |
| Defendant. | |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant ALLIED INTERSTATE, LLC, erroneously sued as ALLIED INTERSTATE, INC., hereby files this Notice of Removal under 28 U.S.C. §1446(a).

**A. INTRODUCTION**

1.   Defendant is ALLIED INTERSTATE, LLC ("Defendant"); Plaintiff is MARLON ROMERO ("Plaintiff").

2.   Upon information and belief, Plaintiff initially filed this case on December 28, 2011, in the Superior Court of California, County of Riverside, Case No. RIC1120326. A true and correct copy of Plaintiff's original Summons and Complaint is attached hereto as Exhibit "A".

1

06996.00.00/181279

3.     According to the Proof of Service filed by Plaintiff, Plaintiff served Defendant with the Summons and a copy of Plaintiff's Complaint by way of first-class mail, return receipt requested, on or about December 28, 2011.  A true and correct copy of Plaintiff's Proof of Service of the original Summons and Complaint is attached hereto as Exhibit "B".

4.     Pursuant to California *Code of Civil Procedure* §415.40, service of a Summons by this form of mail is deemed completed on the 10th day after such mailing.

5.     As service of the Summons and Plaintiff's Complaint is deemed completed on January 7, 2012 (California *Code of Civil Procedure* §415.40), Defendant has filed this Notice of Removal within the 30-day time period required by 28 U.S.C. §1446(b).

## B.  BASIS FOR REMOVAL

6.     Removal is proper because Plaintiff's Complaint involves a federal question.  28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996).  Specifically, Plaintiff has alleged claims that arise under 15 U.S.C. § 1692, *et seq.*, for alleged violation of the Fair Debt Collection Practices Act.

7.     "Where it appears from the bill or statement of the plaintiff that the right to relief depends upon the construction or application of the Constitution or laws of the United States,  and that such federal claim is not merely colorable, and rests upon a reasonable foundation, the District Court has jurisdiction… " *Smith v. Kansas City Title and Trust Co.*, 255 U.S. 180, 41 S. Ct. 243, 65 L. Ed. 577 (1921) (Court upheld federal jurisdiction over the case because the state claim embraced a federal question).   A case may "arise under" federal law for purposes of 28 U.S.C. § 1331 even when a state cause of action is asserted, however, "where the vindication of a right under state law necessarily turns on some construction of federal law."

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

2

06996.00.00/181279

*Franchise Tax Bd. of Cal. v. Constr. Laborers Vacation Trust for Southern Cal.*, 463 U.S. 1, 27-28, 103 S. Ct. 2841, 77 L. Ed. 2d 420 (1983).  The question then is whether plaintiff's "right to relief under state law requires resolution of a substantial question of federal law in dispute."

8.    Similarly, to bring a case within (arising-under jurisdiction), a right or immunity created by the Constitution or laws of the United States must be an element, and an essential one, of the plaintiff's cause of action. The right or immunity must be such that it will be supported if the Constitution or laws of the United States are given one construction or effect, and defeated if they receive another.  *Gully v. First Nat'l Bank* (U.S. 1936) 299 U.S. 109, 112, 112, 57 S. Ct. 96, 97.

9.    Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

10.    Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

### C.  JURY DEMAND

11.    Plaintiff demands a jury in the state court action.  Defendant demands a jury trial.

### D.  CONCLUSION

12.    Defendant respectfully requests removal of this action as it involves a Federal question under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692.

DATED:  February 3, 2012          CARLSON & MESSER LLP

By _____
Jeanne L. Zimmer
J. Grace Felipe
Attorneys for Defendant,
ALLIED INTERSTATE, LLC,
erroneously sued as ALLIED
INTERSTATE, INC.

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

3

Notice of Removal

06996.00.00/181279

EXHIBIT "A"

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

NOTICE TO DEFENDANT: ALLIED INTERSTATE INC, A CORPORATION
(AVISO AL DEMANDADO):

YOU ARE BEING SUED BY PLAINTIFF: MARLON ROMERO
(LO ESTÁ DEMANDANDO EL DEMANDANTE):

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

DEC 28 2011

M. Preciado

---

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

---

The name and address of the court is: SUPERIOR COURT OF CALIFORNIA
(El nombre y dirección de la corte es:)   4050 MAIN STREET
RIVERSIDE, CA 92501

CASE NUMBER:
(Número de Caso): RIC 1103826

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: MARLON ROMERO 27990 VIA DE LA REAL
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es:) MORENO VALLEY, CA 92555

DATE: 12|28|2011   DEC 28 2011   Clerk, by _____, Deputy
(Fecha)   (Secretario)   (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

NOTICE TO THE PERSON SERVED: You are served

[SEAL]

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):

3. [X] on behalf of (specify):

under: [X] CCP 416.10 (corporation)   [ ] CCP 416.60 (minor)
       [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
       [ ] CCP 416.40 (association or partnership)   [ ] CCP 416.90 (authorized person)
       [ ] other (specify):

MARLON ROMERO
27790 VIA DE LA REAL
MORENO VALLEY, CA 92555
Phone Number (951) 208.2167


MARLON ROMERO, IN PRO PER


SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF RIVERSIDE


MARLON ROMERO,                              ) Case No.: RIC
                                            )
            Plaintiff,                      ) COMPLAINT AND DEMAND FOR
                                            ) DAMAGES
     vs.                                    ) (UNLAWFUL DEBT COLLECTION
                                            ) PRACTICES)
ALLIED INTERSTATE INC,. a Corporation       )
                                            )
            Defendant                       )
                                            )
                                            )
                                            )
                                            )
                                            )

## VERIFIED COMPLAIN

I, MARLON ROMERO – the Petitioner in this matter. I completely testify to all of the facts

contained in this declaration, except those allegations I believe them to be untrue.


### INTRODUCTION

1.  Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

EXHIBIT "B" ''

COMPLAINT FOR DAMAGES                                                    (1)

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k (d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b) (2).*

## PARTIES

6. Plaintiff is a natural person residing in Moreno Valley, Riverside County, California.

7. Defendant is attempting to collect a debt by communicating with Plaintiff as that term is defined by *15 U.S.C. 1692a (5)* and *Cal. Civ. Code § 1788.2(h).*

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a (6)* and *Cal. Civ. Code §1788.2(c),* and sought to collect a consumer debt by contacting Plaintiff.

9. Defendant is a national company located in Minneapolis, Minnesota and conducts business in California.

10. At all times relevant to this Complaint, Defendant has acted through its agents employees, officers, members, directors, heir, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers in the District of California.

## FACTUAL ALLEGATIONS

11. Defendant placed multiple phone calls to Plaintiff seeking and demanding to speak with a Ms. Cindy.

12. Plaintiff informed Defendant on multiple occasions that he was not the individual Defendant was seeking and requested they cease all communications with him.

13. Plaintiff also sent a written request to Defendant requesting they cease all communications with him as he is not the person Defendant seeking. On June 6th 2011 a Cease and Desist Letter was mailed. See EXHIBIT "A"

 EXHIBIT "B"

COMPLAINT FOR DAMAGES

(2)

14. Despite being informed on multiple occasions Defendant continued to contact Plaintiff.

15. On December 22, 2011 Defendant contacted Plaintiff at 10:34 in the morning.

16. On December 22, 2011 Defendant contacted Plaintiff at 10:54 in the morning and did not answer.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692d of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff.

WHEREFORE, Plaintiff, MARLON ROMERO respectfully requests judgment be entered against Defendant, ALLIED INTERSTATE
INC, for the following:

18. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k.*

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

21. Plaintiff repeats and re-alleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

22. Defendant violated the RFDCPA based on the following:
   a. Defendant violated the *§1788.11(e)* of the RFDCPA by communicating by telephone with Plaintiff with such frequency so
   as to be unreasonable and to constitute an harassment to the debtor under the circumstances; and

   b. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations
   contained within the FDCPA, *15 U.S.C. § 1692 et seq.* to wit: Section 1692d.

WHEREFORE, Plaintiff, MARLON ROMERO, respectfully requests judgment be entered against Defendant, ALLIED INTERSTATE INC, for the following:

EXHIBIT "B"

COMPLAINT FOR DAMAGES

③

23. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

24. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

25. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, MARLON ROMERO, demands a jury trial in this cause of action.

DATED: December 27, 2011

_____
MARLON ROMERO
In Pro Per

EXHIBIT "B"

④

COMPLAINT FOR DAMAGES

EXHIBIT "B"

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| MARLON ROMERO<br>27790 VIA DE LA REAL<br>MORENO VALLEY, CA 92555 | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br><br>JAN 09 2012 |

TELEPHONE NO.:                    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):* MARLONROMEROINC@YAHOO.COM
ATTORNEY FOR *(Name):* MARLON ROMERO PRO PER

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 4050 MAIN STREET
MAILING ADDRESS: 4050 MAIN STREET
CITY AND ZIP CODE: RIVERSIDE, CA 92501
BRANCH NAME: RIVERSIDE HISTORIC COURT

| PLAINTIFF/PETITIONER: MARLON ROMERO | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ALLIED INTERSTATE INC., a corporation | RIC 1120326 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:
    a. [✓]  summons
    b. [ ]  complaint
    c. [ ]  Alternative Dispute Resolution (ADR) package
    d. [ ]  Civil Case Cover Sheet *(served in complex cases only)*
    e. [ ]  cross-complaint
    f. [✓]  other *(specify documents):*  complain contract pkg,cause of action,Certificate of counsel;civil cover sh.

3.  a.  Party served *(specify name of party as shown on documents served):*
        ALLIED INTERSTATE INC., a corporation

    b. [ ]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
        under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4.  Address where the party was served:
    P.O BOX 26190 MINNEAPOLIS, MN 55426

5.  I served the party *(check proper box)*
    a. [ ]  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
        receive service of process for the party  (1) on *(date):*                    (2) at *(time):*
    b. [ ]  **by substituted service.** On *(date):*                    at *(time):*                    I left the documents listed in item 2 with or
        in the presence of *(name and title or relationship to person indicated in item 3):*

        (1) [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
            of the person to be served. I informed him or her of the general nature of the papers.

        (2) [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
            place of abode of the party. I informed him or her of the general nature of the papers.

        (3) [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing
            address of the person to be served, other than a United States Postal Service post office box. I informed
            him or her of the general nature of the papers.

        (4) [✓]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served
            at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
            *(date):* 12/28/11  from *(city):* MORENO VALLEY  or [ ]  a declaration of mailing is attached.

        (5) [✓]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

MC-030

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
**MARLON ROMERO**
27790 VIA DE LA REAL
MORENO VALLEY, CA 92555

TELEPHONE NO.: (951).208.2167   FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):* MARLONROMEROINC@YAHOO.COM
ATTORNEY FOR *(Name):* MARLON ROMERO IN PROPRIA PERSONA

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 4050 MAIN STREET
MAILING ADDRESS: 4050 MAIN STREET
CITY AND ZIP CODE: RIVERSIDE, 92501
BRANCH NAME: CIVIL DIVISION

PLAINTIFF/PETITIONER: MARLON ROMERO
DEFENDANT/RESPONDENT: ALLIED INTERSTATE INC.,a corporation

**DECLARATION**

CASE NUMBER:
RIC 1120326

Declaration of Due Diligence:
I have attempted to locate Allied Interstate Inc, a corporation on the California State web site on Monday 28th of December 2011 where there  have been an out of state corporation is located in Minnesota .

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01/09/2012

ANGELICA SANCHEZ
*(TYPE OR PRINT NAME)*

*(SIGNATURE OF DECLARANT)*

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☑ Other *(Specify):*
SERVER FOR THE PLAINTIFF

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

electronic form
WWW.LawCA.com
Law Publishers

Page 1 of 1

| PLAINTIFF/PETITIONER: MARLON ROMERO' | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ALLIED INTERSTATE INC., a corporation | RIC 1120326 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                     (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*:  ALLIED INTERSTATE INC., a corporation
       under the following Code of Civil Procedure section:
       ☑ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                                 ☐ other:

7. **Person who served papers**
   a. Name: ANGELICA SANCHEZ
   b. Address: 26044 PINTO COURT, MORENO VALLEY CA 92555
   c. Telephone number: (951) 333.0291
   d. **The fee** for service was: $
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
          (i) ☐ owner ☐ employee ☐ independent contractor.
          (ii) Registration No.:
          (iii) County:

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 01/09/2012

ANGELICA SANCHEZ
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
                            (SIGNATURE )

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALLIED INTERSTATE INC., CORPORATION
P.O BOX 26190
MINNEAPOLIS, MN 55426

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
                                      1/3/12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7010 1670 0000 7438 2596

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MARLON ROMERO
27790 VIA DE LA REAL
MORENO VALLEY, CA 92555

3804        ||l|lll||ll||ll|l|ll|l|l|l||l|l|ll||ll|l|l||l|l

1

2                                    **PROOF OF SERVICE**

3   STATE OF CALIFORNIA                    )
                                           )   ss.
4   COUNTY OF LOS ANGELES                  )

5

6          I am employed in the County of Los Angeles, State of California.

7          I am over the age of eighteen years and not a party to the within action.  My business address
    is 5959 W. Century Blvd., Suite 1214, Los Angeles, CA  90045.

8          On **February 3, 2012**, I served the foregoing document(s) described as: **NOTICE OF
    REMOVAL,** on all interested parties in this action by placing a true copy thereof enclosed in a
9   sealed envelope addressed as follows:

10                              **SEE ATTACHED SERVICE LIST**

11  [X]   **BY MAIL**:  I sealed such envelope(s) and placed it (them) for collection and mailing on this
          date following the ordinary business practices of Carlson & Messer LLP.  I am "readily familiar"
12        with the business practices of Carlson & Messer LLP for collection and processing of
          correspondence for mailing with the United States Postal Service.  Such correspondence would
13        be deposited with the United States Postal Service at Los Angeles, California this same day in
          the ordinary course of business with postage thereon fully prepaid.
14
15  [ ]   **ELECTRONIC MAIL:** Based on Court order or an agreement of the parties to accept service
          by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the
16        electronic mail addresses listed below (see attached service list).  I did not receive within a
          reasonable time after the transmission, any electronic message or other indication that the
17        transmission was unsuccessful.

18  [ ]   **PERSONAL SERVICE BY HAND**- I personally served document to address stated on
          POS Service List.

19  [ ]   **BY FACSIMILE**- I transmitted via telecopier machine such document to the offices of the
          addressees.
20
21  [X]   **(STATE)**  - I declare under penalty of perjury under the laws of the State of California that
          the above is true and correct.

22  [ ]   **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court
          at whose direction the service was made.
23
          Executed this **3rd day of February 2012** at Los Angeles, California.
24

25                                          _Kathryn A. Brown_
                                            Kathryn A. Brown
26

27

28
                                                  1
                                           PROOF OF SERVICE

1

<u>SERVICE LIST</u>
<u>Marlon Romero v. Allied Interstate, Inc.</u>
File No.: 06996.00

2

3

4   Marlon Romero                                    Plaintiff Pro Se
    27790 Via De La Real
5   Moreno Valley, CA  92555
    Phone:  (951) 208-2167

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28